# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0376. OLD MOUNTAIN TOP BAPTIST CHURCH v. DARRYL A. MOMAN, et al.**

Michael Clayborn, acting in the name of Old Mountain Top Baptist Church, filed suit against pastor Darryl Moman and deacon Darfus Dallas. On February 20, 2013, the trial court entered an order dismissing the complaint with prejudice. Clayborn filed a motion to set aside the ruling under OCGA § 9-11-60 (d). The trial court construed the motion as a motion for reconsideration, which the court denied on August 27, 2013. On the same date, the trial court entered a separate order awarding OCGA § 9-15-14 attorney fees. Clayborn filed a notice of appeal, seeking to challenge both orders. We, however, lack jurisdiction.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (462 SE2d 771) (1995). Similarly, an appeal from an order awarding attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application rather than direct appeal. See OCGA § 5-6-35 (a) (10). Under these circumstances, Clayborn's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.[1]

---

[1] The fact that the trial court construed the motion as one for reconsideration does not alter the result as an order denying a motion for reconsideration is not an appealable order. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007)



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 11/06/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*